# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **ROBERT COX, AS ADMINISTRATOR OF THE ESTATE OF GRETA COX, DECEASED,** *et al.*, | : : : : | **Case No. 1:22-cv-00026** |
| **Plaintiffs,** | : : | **(Judge Douglas R. Cole)** |
| -v- | : : | |
| **TOTAL QUALITY LOGISTICS, INC.,** *et al.*, | : : : | |
| **Defendants.** | : | |

## ORDER

Upon consideration and for good cause shown, Defendant's Motion for Leave to File a Response to Plaintiffs' Supplemental Memorandum in Opposition to Defendant's Motion to Dismiss is hereby **GRANTED**. Defendant may file the Response attached to the Motion for Leave.

**SO ORDERED**.

Date: _____, 2022.        _____
                                                                  The Honorable Douglas R. Cole