# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **ROBERT COX,** | : | Case No. 1:22-CV-00026 |
| **Individually and As Administrator** | : | |
| **of THE ESTATE OF GREAT COX,** | : | Judge Jeffery P. Hopkins |
| **Deceased, et al.,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| v. | : | |
| | : | |
| **TOTAL QUALITY LOGISTICS, Inc.,** | : | |
| **Et al.,** | : | |
| | | |
| **Defendants.** | | |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff Robert Cox appeals the Final Judgment entered in this action on June 12, 2024 (Doc. 30). Pursuant to Fed. R. App. P. 4(a), Plaintiff appeals to the United States Court of Appeals for the Sixth Circuit.

**RITTGERS RITTGERS & NAKAJIMA**

_____
Charlie M. Rittgers (0086567)
W. Matthew Nakajima (0084563)
Justin A. Sanders (0087157)
Gus J. Lazares (0092206)
12 East Warren Street
Lebanon, OH 45036
Tel: 512-932-2115
Email: charlie@rittgers.com
       matt@rittgers.com
       justin@rittgers.com
       gus@rittgers.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 10, 2024 I electronically filed the foregoing with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants.

_____
Charles M. Rittgers.
Attorney for Plaintiffs